FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2022

No. 04-22-00136-CV

**BARRETT FIREARMS MANUFACTURING, INC.**, Barrett Firearms USA, Inc., and Federal Cartridge Company,
Appellants

v.

Xavier **FLORES**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-17551
Honorable Richard Price, Judge Presiding

# O R D E R

On August 23, 2022, appellant Federal Cartridge Company filed a "Motion for Admission *Pro Hac Vice* of Anthony M. Pisciotti and Danny C. Lallis." In the motion, nonresident attorneys Pisciotti and Lallis request permission from this court to appear *pro hac vice* to serve as appellate co-counsel for Federal Cartridge Company. The motion is accompanied by a "Motion in Support of Co-Counsel's Request to Appear" filed by a resident attorney. After consideration, we **grant** the motions.

It is so **ORDERED** on August 26, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT